In the United States District Court

For the District of Rhode Island
(Form mailed 12-5-06, 2006)

JOSE FRANCO

Enter above the full name of the plaintiff in this action.

CA 06 529 ML

v.

Civil Action No. ______

DONNA G. COLLINS
SCO. GILBAULT
ET ALS

Enter above the full name of the defendant or defendants in this action.

1. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes ☐ No ■

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiffs: NONE

Defendants: NONE

2. Court (if federal court, name the district; if state court, name the county):

N/A

3. Docket number: N/A

4. Name of judge to whom case was assigned: N/A

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

N/A

6. Approximate date of filing law suit: N/A

7. Approximate date of disposition: ______

II. Place of Present Confinement: ACI. HIGH SECURITY

A. Did you present the facts relating to your complaint to the Warden or any of the prison officials? Yes ■ No ☐

B. If your answer is YES:

1. What steps did you take? FILED INST. GRIEVANCE

2. What was the result? GRIEVANCE COMPLAINT WAS DENIED

C. If your answer is NO, explain why not: ______

III. Parties

(In item A below, place your name in the first blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff JOSE FRANCO

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, position, and places of employment of any additional defendants.)

B. Defendant DONNA G. COLLINS is employed as DEPUTY WARDEN at ACI. HIGH SECURITY

C. Additional Defendants: SCO. GILBAULT
MAIL ROOM C/O HSC.
ETALS

## IV. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary.)

[redacted] 1ST AMENDMENT ISSUE, BEING DENIED THE RIGHT TO RECIEVE RELIGIOUS & OTHER TYPES OF NON-THREATING BOOKS AND PUBLICATIONS FROM PUBLISHER VIA. INCOMING INST. MAIL, SEE ATTAC HED FACTS OF CASE

## V. Relief

State briefly exactly what you want the court to do for you. (Make no legal arguments. Cite no cases or statutes.)

GRANT INJUNCTIVE RELIEF BY RUL-ING THAT I HAVE A CONST. RIGHT TO REC-IEVE BOOK PUBLICATIONS IN QUESTION, AND COURT ORDER TO MAKE DEFENDANTS COMPLY WITH LAW-BY NOT CONTINUING TO VIOLATE MY RIGHTS. AS WELL AS PUNIT IVE & COMPENSATORY DAMAGES TRIAL BY JURY OR JUDGE IF NECESSARY

UNITED STATES DISTRICT COURT
DISTRICT OF Rhode ISLAND

FRANCO
VS
COLLINS ETAL

42 USC 1983
CIVIL COMPLAINT

CASE NO ______________

FACTS OF CASE

1

ON NUMEROUS OCCASIONS, THE DEFENDANT OFFICIALS IN THIS CASE, NAMELY, ACI. High SECURITY CENTERS DEPUTY WARDEN DONNA G COLLINS, AND MAIL ROOM OFFICER SCO. GILBAULT, have VIOLATED AND INTERFERRED WITH MY 1ST AMENDMENT CONST. RIGHT TO RECIEVE RELIGIOUS BOOK PUBLICATIONS VIA. A NUMBER OF DIFFERENT RELIGIOUS MINISTRIES - THAT SEND BOOKS FREE OF CHARGE TO PRISONERS.

SEE PLAINTIFFS EXHIBITS [illegible] ATTACHED TO COMPLAINT.

2

DEFENDANTS COLLINS AND GILBAULT, have ON NUMEROUS OCCASIONS REFUSED TO ALLOW ME TO RECIEVE RELIGIOUS BOOKS AND PHAMPLETS FROM VARIOUS DIFFERENT PRISON MINISTRIES - IN THEIR OPTING TO RETURN

FACTS OF CASE CONTINUED

2

BOOKS, PAMPHLETS, ETC BACK OVER TO RELIGIOUS MINISTRIES INSTEAD - AS DEFENDANTS ARE TRYING TO ARGUE THAT BOOKS ARE NOT BEING SENT TO ME DIRECTLY VIA A PUBLISHER

3

THE PRISON MINISTRIES SENDING ME BOOKS HOWEVER, ARE IN FACT, PUBLISHERS - WITH THEIR OWN PUBLISHING DIVISIONS.

4

THE BOOKS BEING SENT TO ME ALSO POSE NO THREAT WHATSOEVER TO MSC. PRISON SECURITY; NOR IS THE PRISON POLICY DEFINING A PUBLISHER AS BEING A COMPANY OR BOOKSTORE LOCATED WITHIN MORE THAN A 50 MILE RADIUS OF PRISON - REASONABLY RELATED TO SERVING THE LEGITIMATE PENOLOGICAL INTERESTS OF THE INSTITUTION.

SEE PRISONS INST. MAIL POLICY ATTACHED TO COMPLAINT AS EXHIBIT.

FACTS OF CASE CONCLUSION

3

PLAINTIFF believes That Defendant officials actions violate his 1st Amendment Rights under The U.S. Const. viz. To Freedom of Religion and Freedom of The Press, Freedom of Expression etc. and seeks injunctive Relief outlined in complaint under Relief

Respectfully

JOSE FRANCO
PLAINTIFF
PRO SE

VI. Note:

Should you fail to execute and return this form within ten days from the date of mailing as recorded on page 1, this Court will conclude you have abandoned your claim and will dismiss your petition.

Signed this 5TH day of December, 2006

Jose Franco
Signature of plaintiff

Jose Franco
P.O. Box 8200
Cranston RI 02920
Complete address of plaintiff