COLORADO SPRINGS, CO 80995 • (719) 531-5181 • WWW.FAMILY.ORG

April 21, 2006

Mr. Jose Franco
A C I # 94098
PO Box 8200
Cranston RI 02920-0200

Dear Mr. Franco:

Thank you for writing to Focus on the Family. We are encouraged by your interest in our ministry, and appreciate your patience with us while we worked out some logistical problems with sending materials to your facility. We apologize for any frustration or inconvenience this may have caused.

In response to your inquiry, under separate cover we are sending you a copy of the book, *The Hidden Value of a Man*, to replace the once you did not receive previously. We hope you will find it helpful and informative.

We also want to take a moment to explain to you that we may not always be able to send everything you request. This is not because we do not want to minister to you, but rather because prison outreach is only one of more than eighty separate ministries under the umbrella of Focus on the Family. For this reason, we must be very careful with the limited funds we have available in order to be able to help as many individual inmates as possible. We hope you will understand.

Thanks, again, for writing. May God bless and encourage you in the days ahead, and may you feel our love, concern and prayers for your life.

Sincerely,

John Anderson
Correspondence Assistant

JA/ng

COLORADO SPRINGS, CO 80995 • (719) 531-5181

December 7, 2005

Mr. Jose Franco
A C I # 94098
PO Box 8200
Cranston RI 02920-0200

Dear Mr. Franco:

Greetings from Focus on the Family in Colorado. We have been informed by our shipping department that certain materials which we sent you have been returned by your institution. We are sorry for the delay and will be happy to resend the items to you if you will notify us of the mailing restrictions of your facility.

In our experience we have found that institution regulations vary greatly. Please let us know what kinds of materials you are allowed to receive. Would it help if we were to send them in care of your chaplain? If that is the case, could you give us his name?

We want to help you in any way we can, and we look forward to your response. God be with you, friend.

Sincerely,

Judy Martin

Judy Martin
Correspondence Assistant

JM/ng

MANAGER CUSTOMER SERVICE
GARDEN CITY BRANCH

UNITED STATES
POSTAL SERVICE

12/7/2005

Mr. Jose Franco
P.O. Box 8200
Cranston RI 02920

Dear Mr. Franco,

I am writing to you in response to your letter concerning mail delivery at the Rhode Island Adult Correction Facility. Mail for the ACI is picked up at the Post Office by ACI personnel and once delivered to them is outside the Postal System.

To answer your question about documentation: we do not track magazines or books or any mail unless the sender has paid to have some type of tracking service such as delivery confirmation. Even if the sender paid for such a service, the post office would scan the mail as delivered when it is picked up by ACI personnel. Once delivered to ACI personnel, it is outside of postal jurisdiction.

Any issues concerning mail delivery within the ACI facility must be addressed though ACI personnel.

Sincerely,

Mary Fontaine

Mary Fontaine
Manager Customer Service
200 Midway Road
Cranston, RI 02920-9998

MANAGER CUSTOMER SERVICE
GARDEN CITY BRANCH

UNITED STATES
POSTAL SERVICE

October 7, 2005

Mr. Jose Franco
P.O. Box 8249
Cranston RI 02920

Dear Mr. Franco,

I am writing to you in response to your letter concerning mail delivery at the Rhode Island Adult Correction Facility. Mail for the ACI is picked up at the Post Office by ACI personnel and once delivered to them is outside the Postal System.

Any issues concerning mail delivery within the ACI facility must be addressed though ACI personnel. If you have any questions, feel free to contact us at the address below.

Sincerely,

Mary Fontaine

Mary Fontaine
Manager Customer Service
200 Midway Road
Cranston, RI 02920-9998

**Andrew Wommack**
MINISTRIES, INC.

A teaching ministry emphasizing God's unconditional love and grace

APR 07

Dear Jose,

Greetings in the love of Jesus.

Just a short note of response to your inquires about materials you've ordered. All the [illegible] you've ordered have been sent. The Hardness of Heart book has been sent, with publisers on the label. Policy on free books, is, one every three months.

Do not know that anyone is using your name.

The Lord bless and keep you, as only He is able.

Sincerely in Him

Marylin Knapp

Prison Correspondence Coorindator

P.O. Box 3333, Colorado Springs, CO 80934 Ph (719) 635-2111 • FAX (719) 635-1777

| Sq | | Date | Ent'd By | Comment |
|---|---|---|---|---|
| 1 | COM | 03/23/06 | awkingc | He says he hasn't received the 303's we have sent but we haven't had any returned.I am having Marilyn write him to let him know that we will now add the note to his book orders per his request. |
| 2 | COM | 05/04/06 | awkingc | Received returned mail. Prison crossed out "Publisher" and said "must come from publisher. |
| 3 | COM | 05/08/06 | awkingc | On Rejection List |
| | | Date | Message | |
| 4 | MSG | 05/04/06 | DO NOT PROCESS ORDERS - SEE COMMENTS!!!!! | |

<No more lines>

SELECTION: [K]inds, [A]dd, [M]odify, [D]elete, [L]ink, [F]irst, [T]ext Seq, [N]ew Child, [C]hildren, [P]arents, [U]se, [H]idden

I had Millie write "Publisher" on the package and I typed it on the invoice. The prison crossed out "publisher" and wrote - must come from Publisher.

We sent out one 303 on 2/15/06 and another on 3/24/06. One was returned on 5/4/06.

POZ Customer Service
PO Box 8788
Virginia Beach VA 23450-4883

JOSE FRANCO
PO BOX 8200
CRANSTON RI 02920

November 29, 2005

RE: POZ Subscription

Dear Mr Franco,

hello, I hope all is well with you. Thank you for your continued interest in POZ magazine, we received the letter you sent to us regarding your subscription. Our records indicate that you did indeed receive the October 2005 issue; however, I am enclosing another copy for you since you said you didn't receive the magazine.

If there's anything else I can do, please don't hesitate to call me at 1-800-973-2376.

Sincerely,

Judith Chauvette

Judith Chauvette
POZ Customer Service

CHRISTIAN SCIENCE Sentinel
Watching the world from a spiritual perspective

15NOV2005

JOSE A FRANCO
#94098
HIGH SECURITY CTR
PO BOX 8200
CRANSTON RI 02920

Account number: 05654904

Dear Friend,

We need your help!

The post office has informed us that they are unable to deliver your copy of the *Christian Science Sentinel*. We have temporarily suspended your subscription until we could obtain a better address. Would you please let us know if you have moved or if your address as shown above needs correction?

You can reach us easily by calling **1-888-882-9282** Monday through Friday between 9 a.m. and 5 p.m. (ET). It may help to have this letter on hand when you call.

Thank you for taking a moment to help us resolve this delivery problem. We are ready to resume your service and look forward to hearing from you.

Customer Services

SEN/D11/001-R1

Customer Services
P.O. Box 506
Boston, MA 02117-0506
E-mail: service@csps.com
www.cssentinel.com

THANK YOU



R.I. Dept. Of Corrections

**REQUEST FORM**

TO: Tony Amaral DATE: 1/3/06

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) Im requesting your response NO I Did NOT creat This problem c/o guilBuilT returned my religious Books And I goT Agrievance in on Him for doing This To Me for no reason morning STAr Books Are publishers you said yourself when I was in E-11 THAT you would Help wiTH my mail iTs NOT The inTAke center AT All

INMATE NAME Jose Franco I.D.# 94098

WORK ASSIGNMENT: ______ CELL NUMBER: E-5

H.S.C. ✓ MAXIMUM ______ MEDIUM ______ MINIMUM ______

WOMENS ______ I.S.C. ______ WORK RELEASE ______

Tony Amaral I did wriTe To Them 12/1/05 And They SenT Me A DVD disc C/o guilBuilT is The cause of The problem NOT Me I WANT my 2 religious Books Back THAT I ordered on 12/1/05 Bookorder # THI-002 (2nd Book iTem# DJ2-001

WING OR DETAIL OFFICER'S COMMENTS: Forwarded to Counselor

OFFICER'S SIGNATURE C/O [signature]

**Disposition of Case**

RESPONSE: Mr GuilBault indicates your books were returned because they did not come from a store or publisher ← WHO'S Telling THE TRUTH NOW

SIGNATURE [signature] TITLE A/Lieut DATE 1-10-06

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW. I AM Referring This matter To The dead File The issue is closed.

DISTRIBUTION:

| REQUEST | RESPONSE |
|---|---|
| WHITE - DESIGNEE | WHITE - INMATE |
| YELLOW - " | YELLOW - ASSOCIATE DIRECTOR |
| PINK - " | PINK - DESIGNEE |
| SALMON - INMATE | |

S - 10