STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

**Department of Corrections**

Ashbel T. Wall, II, Director
40 Howard Avenue
Cranston, RI 02920

Tel: (401) 462-2611
Fax: (401) 462-2630
TDD: (401) 462-5180

November 10, 2005

Mr. Jose Franco, ID# 094098
P.O. Box 8200
High Security Center
Cranston, RI 02920

Dear Mr. Franco:

Your undated letter (received in my office on 11/07/05) regarding monthly periodicals was forwarded to the Deputy Warden of your facility, Ms. Donna Collins.

As you know, Deputy Collins oversees the day-to-day operations of the High Security Center, to include inmate mail. In addition, she is very familiar with this issue and received a copy of my 09/29/05 response to your 08/31/05 letter concerning religious books and publications.

My advice to you remains the same, regardless of which facility houses you: Learn to work within your facility's established chain of command, and your concerns will be addressed in a timely manner.

Sincerely,

A.T. Wall

Ashbel T. Wall. II
Director

cc: J. Gadsden
J. Weeden
D. Collins (w/enclosure, for written response to inmate, with a copy to me)
Response Pending File (HSC)

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

**Department of Corrections**

Ashbel T. Wall, II, Director
40 Howard Avenue
Cranston, RI 02920

Tel: (401) 462-2611
Fax: (401) 462-2630
TDD: (401) 462-5180

July 28, 2006

Mr. Jose Franco, ID# 094098
P.O. Box 8200
High Security Center
Cranston, RI 02920

Dear Mr. Franco:

Deputy Warden Donna Collins is responsible for the day-to-day operations of the High Security Center, to include delivery of inmate correspondence.

A copy of your (unsigned) 07/18/06 letter regarding religious publications was forwarded to her for her information, investigation, and written response to you.

I am sure you will hear from Deputy Collins in the near future.

Sincerely,

A.T. Wall

Ashbel T. Wall, II
Director

cc: D. Collins (w/enclosure; for written response to inmate, with a copy to me)
J. Weeden
R. McCutcheon
Response Pending File (HSC)

**Rhode Island Department of Corrections**
**Special Investigations Unit**

40 Howard Avenue
Cranston, Rhode Island. 02920
Chief Investigator Robert Catlow
(401) 462-2282

Mr. Jose Franco
High Security
11/28/05

Mr. Franco,
I have received your letter indicating what you believe to be a problem with your incoming mail. This matter should be addressed through the Deputy Warden of your facility.

I have forwarded your letter to Deputy Collins for her review and action regarding this matter.

# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
## INTER-DEPARTMENTAL MEMO
## MAXIMUM / HIGH SECURITY

Memorandum to: Jose Franco

Identification #: 94098

From: James Weeden, Warden

Department: Maximum/High Security

Date: January 31, 2006

Subject: **Mail**

Your complaints of not receiving your mail and books from a publisher were discussed during an interview with me on January 26, 2006 at High Security. You explained that the publisher "Morning Star" sends you religious pamphlets and paperback books that you request free of charge. You also complained of problems with receiving these and were giving the reason that this company and others are [redacted] publishers.

As stated in the Facility Specific Procedure "Inmate Book Purchases": A publisher is defined as a business, organization, or firm , which issues and makes available to the general public books and other publications for sale and wide distribution. For the purposes of this definition, a "pu blisher" does not include local bookstores or distributors within a fifty (50) mile radius of the ACI.

A copy of this procedure is made available in the law library. The procedure supplements Policy # 24.01-4, Inmate Mail.

You will be allowed to receive publications from this organization within the guidelines set for the High Security Center. You will be allowed:

13.10 DOC
Attachment 2
Page 1 of 1

Rhode Island Department of Corrections

## REQUEST FOR RESOLUTION OF GRIEVANCE

Instructions: Type or print using a ballpoint pen. All information must be legible on all copies. If more space is needed, attach additional sheets in quadruplicate. Attach copy of previous Form (Informal Resolution Form).

To: (circle one) **Level 1, Warden** (circled) Level 2, Director

From: (name) FRANCO Jose
First Last MI
94098
RIDOC ID #

Facility: (circle one) ISC **HSC** (circled) MAX MED MED II MIN WR WOM/DIX COM.COMF.

### PART A - INMATE REQUEST

Facility where alleged incident occurred: E-Block E-5

Grievance / Complaint: C/O [illegible] is violating my 1st Amendment Right including the free exercise of religion my religious books [illegible] Publishers every religious [illegible] I get [illegible] from [illegible] publishers And thats a fact [illegible] Policy Page 14 Section [illegible] Part (1) Says [illegible] Paper back books, newspapers and periodicals sent from publishers will be [illegible] to an Indigent inmate [illegible] not [illegible] books [illegible] religious books [illegible] [illegible] 11/21/05 and 11/18/05 [illegible] [illegible] letter [illegible] is ignoring A [illegible] [illegible] [illegible] religious books that [illegible] in the mail

Date

Inmate's Signature

Date Recieved

Staff Member's Signature

### PART B - RESPONSE

Date Received

Signature - Associate Director
Warden

Books sent directly from a publisher have been and will continue to be allowed, providing you retain only the allowable number of books at any given time.

Used books, books that are not sent directly from a publisher, and excessive amounts of books and other publications will not be allowed for retention.

Your grievance is denied. This same issue has been addressed previously with the same answer.

Date

Associate Director - Warden

Distribution:
Level 1: White - Warden: Canary - Dept. Griev. Coord.: Pink - Inmate: Goldenrod - Inmate
Level 2: White - Dept. Griev. Coord.: Canary - Warden: Pink - Inmate: Goldenrod - Inmate

(8) Staff member designated by the Warden for such purpose.

f. Any facility-based authorized staff member reading inmate mail pursuant to this policy records such action in a logbook maintained by the Mailroom Officer for such purpose.

2. Incoming Non-Privileged Mail

a. In addition to the General Guidelines specified above, the Director may authorize the reading of incoming non-privileged mail when in his/her opinion such action is necessary to prevent entry of materials and/or information prohibited under this policy.

b. Incoming Printed (Non-Privileged) Material

(1) Only paperback books (i.e., no hard covers), newspapers, and periodicals sent from publishers will be accepted. A publisher is defined as a business, organization, or firm which issues and makes available to the general public books and other publications for sale and wide distribution. For the purposes of this definition, a "publisher" does not include local bookstores or distributors within a 50-mile radius of the ACI.

NOTE: Items received in the mail (e.g., pictures from magazines) cannot be posted in inmates' cells.

(2) As a general rule, any printed material, to include newspapers, drawings, magazines, pamphlets, books, or photographs may be excluded if it is determined to be detrimental to the security, good order, or discipline of the institution, and/or if the effect of which might hinder rehabilitation of an inmate, facilitate criminal activity, or contribute to a hostile work environment.

NOTE: A publication may not be rejected solely because its content is religious, philosophical, social, or sexual, or because its content is unpopular or repugnant.

JOYCE MEYER
MINISTRIES

July 6, 2006

Jose Franco 94098
PO Box 8200
Cranston, RI 02920-0200

Dear Jose,

In response to your request for material, we regret to have to inform you that your facility will not accept Christian resources from our ministry.

We encourage you to keep pressing on by staying in the Word daily and seeking God's face and His presence. May God bless you as you continue to serve Him! We send our love.

On behalf of Dave and Joyce Meyer,

CORRESPONDENCE DEPARTMENT

April 12, 2006

Dear Jose,

Greetings, we are glad that you have been enjoying our publications and we trust that in some way they are ministering to you.

We have had a hard time getting our books to you, they are being returned saying that we are not the Publishers when in fact we are.

I will be sending you "Spirit talk" the book you requested and hopefully you will receive it.

Lord Bless you

Becky Mueller

MORNINGSTAR FELLOWSHIP CHURCH

P.O. Box 440 • Wilkesboro, NC 28697-0440 • (336) 651-2400 • Fax (336) 651-2430