# UNITED STATES DISTRICT COURT

*For*

*The District of Rhode Island*

Jose Franco :

:

vs. : CA.

:

ClogwilBuilT :

:

: CA 06 529 ML

MOTION FOR SERVICE OF PROCESS

Now comes the Plaintiff in the above entitled action and moves this Honorable Court for service of process by the United States Marshal Service. The Defendant(s) have failed to answer the Acknowledgment of Service form, as required pursuant to Rule 4(c)(C)(ii) of the Federal Rules of Civil Procedure. The Plaintiff asks this Court to order the United States Marshal to serve the Defendant(s), pursuant to Rule 4(c)(D) of the Federal Rules of Civil Procedure. The Plaintiff also asks this Court to grant fees and costs to the service process agency.

For the reasons stated in this Motion, the Plaintiff prays that this Court grant the relief sought herein.

Jose Franco

FORM 18A

Notice & Acknowledgment of
Receipt of Summons and Complaint

# United States District Court

## FOR THE DISTRICT OF RHODE ISLAND

c/o guilBuilT

vs.

Jose Franco

CA 06 529 ML
CIVIL ACTION NO.

## NOTICE

TO: Jose Franco
P.O. Box 8200
Cranston RI 02920

The enclosed Summons and Complaint are served pursuant to Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure. You must complete the Acknowledgment part of this form and return one copy of the completed form to the sender within twenty (20) days.

You must sign and date the Acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within twenty (20) days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a Summons and Complaint in any other manner permitted by law.

If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the Complaint within twenty (20) days. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint was mailed on ____________________.

____________________ Signature

Date: ____________________

AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

DISTRICT OF

Jose Franco

v.

c/oguil Built

**NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL**

CASE NUMBER: CA 06 529 ML

**NOTICE**

To: C/oguil Built P.O. Box 8200 Cranston RI 02920
Name and Address of Person to be Served

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender **to be received by the sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

**If you do not complete and return the form to the sender within the period indicated above,** you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on ____________.
Date

Jose Franco
Signature of Sender

Jose Franco
Name of Sender

P.O. Box 8200 Cranston RI 02920
Address of Sender

**ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on ____________ at ____________
Date of Receipt — Address

____________
Date of Signature

____________
Signature

____________
Name (Please Type or Print)

____________
Relationship of Entity Served or Authority to Receive Service of Process

____________
Current Address

AO 398 (12/93)

# NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS

TO: (A) c/o guilBault

as (B) correctional officer of (C) Donna g. collins

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed.) A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the (D) District of Rhode Island

and has been assigned docket number (E) CA 06 529.

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service In order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within (F) 30 days after the date designated below as the date on which this Notice and Request Is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days f rom that date if your address is not in any judicial district of the United States.)

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

I affirm that this request Is being sent to you on behalf of the plaintiff, this _____ day of ____________, ______.

__________________________________

Signature of Plaintiff's Attorney
or Unrepresented Plaintiff

A - Name of individual defendant (or name of officer or agent of corporate defendant)
B - Title, or other relationship of individual to corporate defendant
C - Name of corporate defendant, If any
D - District
E - Docket number of action
F- Addressee must be given at least 30 days (60 days If located In foreign country) In which to return waiver

AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: ____________________________________________
(Name of Plaintiff's Attorney or Unrepresented Plaintiff)

I, _________________________, acknowledge receipt of your request

that I waive service of summons in the action of ______________________________
(Caption of Action)

which is case number_________________ in the UNITED STATES DISTRICT COURT
(Docket Number)

for the DISTRICT OF RHODE ISLAND.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after ____________________, or within 90 days after that date if the request was sent outside the United States.
(Date Request Was Sent)

_______________ Date

______________________________ Signature

______________________________ Printed/Typed Name

______________________________ For Defendant

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving costs of service of the summons and complaint. A defendant located in the United States who after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the Court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the Court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received. ..

# United States District Court

## FOR THE DISTRICT OF RHODE ISLAND

Jose Franco ______ CA 06 529 ML

vs. CIVIL ACTION NO.______

Cloquil Built ______

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the Summons and of the Complaint in the above-captioned matter at (insert address below):

______

______

______

______
Signature

______
Relationship to Entity/Authority
to Receive Service of Process

Date:______