**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JOSE FRANCO**

**v.** **C.A. No. 06- 529 ML**

**C/O GUILBUILT**

**MEMORANDUM AND ORDER**

The *pro se* plaintiff, Jose Franco, is currently incarcerated at the Rhode Island Department of Corrections, Adult Correctional Institutions, in Cranston, Rhode Island. Presently before the court is plaintiff's motion to proceed *in forma pauperis* in the instant 42 U.S.C. § 1983 action. The substance of his instant Section 1983 complaint is that the RI DOC has restricted religious magazines and periodicals that he may receive. Plaintiff contends that this violates his First Amendment rights.

Title 28, U.S.C. § 1915, which governs proceedings *in forma pauperis*, provides in pertinent part:

> (g) In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

Since October 2002, plaintiff has filed at least four lawsuits in this Court which have been dismissed for a failure to state a claim. See Franco v. Getter, C.A. No. 02-438 T (dismissed

as to defendant Getter for a failure to state a claim on February 17, 2004; other defendants dismissed on same date due to lack of prosecution), Franco v. Reynolds, C.A. No. 03-353 T (dismissed for a failure to state a claim on February 13, 2004), and Franco v. Reynolds, C.A. No. 03 - 94 ML (dismissed on August 12, 2003 for a failure to state a claim); Franco v. Dale, C.A. No. 04- 012 ML (dismissed for a failure to state a claim on February 25, 2004). Moreover, plaintiff fails to allege in the instant case that he is under imminent danger of serious physical injury.

Accordingly, the plaintiff's application to proceed *in forma pauperis* is denied pursuant to 28 U.S.C. § 1915(g).

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
December 12, 2006