**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JOSE FRANCO**

**v.** **C.A. No. 06- 529 ML**

**C/O GUILBUILT**

## ORDER

The Plaintiff Jose Franco is hereby **ORDERED** to pay the initial filing fee of $350.00 within ten days of this order. Failure to comply with the Order will result in dismissal of this action.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
Date: 19 Dec 06