**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JOSE FRANCO**

**v.** **C.A. No. 06-529 ML**

**DONNA COLLINS**

## Report and Recommendation

Jacob Hagopian, Senior United States Magistrate Judge

On December 6, 2006, Jose Franco, *pro se*, filed with the Court a Complaint together with a request to proceed *in forma pauperis*. The Court denied the motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g) and ordered the plaintiff to pay the initial filing fee. Plaintiff, however, has not timely paid the filing fee. Accordingly, I recommend that the Complaint be dismissed without prejudice.

Any objection to this report and recommendation must be specific and must be filed with the Clerk of Court within ten days of its receipt. Fed.R.Civ.P. 72 (b). Failure to file timely, specific objection to this report constitutes waiver of both the right to review by the district court and the right to appeal the district court's decision. United States v. Valencia-Copete, 792 F.2d 4 (1st Cir. 1986) (per curiam); Park Motor Mart, Inc. v. Ford Motor Co., 616 F.2d 603 (1st Cir. 1980).

Jacob Hagopian
Senior United States Magistrate Judge
January 9, 2007