UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSE FRANCO

v. C.A. 06-529ML

DONNA COLLINS

ORDER

The Findings and Recommendation of United States Magistrate Judge Jacob Hagopian dated January 9, 2007 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The complaint is hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e) (2).

BY ORDER:

Mary M. Lisi
Mary M. Lisi
Chief U.S. District Judge
February 5, 2007

Entered as an Order of this Court on February 5, 2007

Barbara Barletta
Deputy Clerk