# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

JOSE FRANCO

v. **C.A. NO: 06-529ML**

**DONNA COLLINS**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered it's verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment is hereby entered for the defendant, Donna Collins, against the Plaintiff, Jose Franco, per the Order dated February 6, 2007 accepting the Report and Recommendation of Magistrate Judge Jacob Hagopian dated January 9, 2007 pursuant to Title 28 U.S.C. § 636(b)(1). The complaint is hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2).**

**Enter:**

Barbara Barletta

**Deputy Clerk**

**DATED: February 5, 2007**